**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**STEPHEN HARRIS**                                                                         **PLAINTIFF**

**V.**                                                                                            **NO.  4:09CV072-P-D**

**CHRISTOPHER EPPS, et al.**                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 29th day of September, 2009.

                                                                       /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE